United States District Court
Southern District of Texas
FILED
JUL 1 3 2005
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
JUL 1 4 2005  BM
Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. 5:05-cr-994 |
| **HECTOR RIOS-ALVARADO** | § | |

## ORDER

BE IT REMEMBERED on this 13TH day of JULY, 2005, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **June 15, 2005**, wherein the defendant waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted.

SIGNED this the 13TH day of JULY, 2005.

George P. Kazen
United States District Judge